AO 91 (REV.5/85) Criminal Complaint          SAUSA Darryl J. Rossini ; (312) 829-8929

LCW

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FERNANDO PALOMINO<br><br>(Name and Address of Defendant) | **MAGISTRATE JUDGE DENLOW**<br><br>**CRIMINAL COMPLAINT**<br><br>CASE NUMBER:<br>**09 CR 102** |

**FILED**
FEB - 5 2009
FEB 5 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 11, 2008,__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:    ■ Yes    ___ No

_____
Signature of Complainant
**Joseph Raschke**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__February 5, 2009__                    at    __Chicago, Illinois__
Date                                               City and State

_Morton Denlow_

__Morton Denlow, United States Magistrate Judge__       _____
Name & Title of Judicial Officer                                Signature of Judicial Officer

STATE OF ILLINOIS      )
                       )  ss
COUNTY OF COOK         )

## A F F I D A V I T

I, JOSEPH RASCHKE, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for eleven years. I am currently assigned to the FBI Violent Crimes Task Force and am familiar with fugitive investigations. The information contained in this affidavit was provided to me by Chicago Police Department Detective John Folino, unless otherwise indicated.

2. On January 1, 2008, MARTHA ORTEGA and JOSE BRAVO were shot to death in Chicago, Illinois during a narcotics transaction. Additionally, JOSE SOBERAINIS and PEDRO CRISTOBAL were also shot, but survived their injuries. Subsequent investigation by the Chicago Police Department developed FERNANDO PALOMINO as the primary suspect involved in the shooting.

3. On January 7, 2008, the Circuit Court of Cook County, Illinois, issued an arrest warrant for PALOMINO after he was charged with first degree murder, an Illinois felony. A copy of the arrest warrant is attached to this affidavit.

4. Attempts to locate PALOMINO in the Chicago area by the FBI and the Chicago Police Department (CPD) have been unsuccessful.

5. On January 08, 2008, PALOMINO's girlfriend was interviewed by CPD Detectives. During the interview, she was asked if she knew of PALOMINO's current whereabouts. She stated that she did not know where he was but he left Illinois shortly after the murders and told

her that he was not coming back. On January 11, 2008, PALOMINO contacted this girlfriend from a cellular telephone assigned an 815 area code. Cell tower analysis determined that the cellular telephone had been located in Laredo, Texas during the conversation.

6. Based on the information contained in this affidavit, I believe FERNANDO PALOMINO fled the State of Illinois to avoid prosecution for first degree murder.

7. The Cook County State's Attorney will extradite PALOMINO when he is apprehended.

JOSEPH RASCHKE
Special Agent
Federal Bureau of Investigation

Subscribed to and Sworn before
me this 5th day of February, 2009

Morton Denlow
United States Magistrate Judge

(Rev. 12/15/00) CCCR 0656

EBC/66

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    1030.53-01

THE PEOPLE OF THE STATE OF ILLINOIS          Case No. 08-1-____

v.

Fernando _____ Palomino
(First)     (M.I.)      (Last)

☐ Violation of:
  ☐ Probation
  ☐ Supervision
  ☐ Conditional Discharge

☐ AMF
☒ Arrest
☐ BFW

**ARREST WARRANT**

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant Fernando _____ Palomino
                                    (First)  (M.I.)  (Last)

for the offense(s) of First Degree Murder
                     (Description)

720 / ILCS 5 / 9-1-A-1
      (Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at 2650 N. California Chicago Illinois Cook County, RM. 101 Branch 66, 0000hrs 1200
                              (Location)                        (Room)        (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Issued in Cook County Jan. 7 2008

Bail Fixed at $ No Bail

Judge: John P. Kirby 1244

_____ Jan. 7 2008
WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof,

_____
Clerk of The Circuit Court

By _____
   Deputy Clerk

Name Fernando _____ Palomino      Alias _____
     (First)  (M.I.)  (Last)

Residence 2455 N Milwaukee     Chicago       Illinois     Zip
          Street                City or Town  State

| Sex  | Race          | Height | Weight  | D.O.B.     | Age | Complexion | Build  | Driver's License No. |
|------|---------------|--------|---------|------------|-----|------------|--------|----------------------|
| Male | White Hispanic| 508    | 190 lbs | 03/03/77   | 30  | Medium     | Medium | P455240 77065        |

| IR      | CB/DCN    | FBI       | SID        | Social Security | Forfeited Bond No. |
|---------|-----------|-----------|------------|-----------------|---------------------|
| 1074677 |           | 304829WA4 | IL34212600 | 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     |                     |

Complainant's Name Martha Orteaga, Jose Bravo, Jose Soberanis Deceased   Address 2415 N. Monticello Chicago Illinois

Arresting Officer Det V. Kubica    Star No. 21066    Agency/Unit CPD/ unit 650    Officer's Key ____

Reviewed By ASA BJ Park
            Prosecutor

Audited By _____    Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS